|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| LW AUBURN CO, a California general partnership, | CASE NO. 2:23-cv-51 |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |
| v. | |
| HOLLINGSWORTH LOGISTICS GROUP LLC, a Michigan limited liability company, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and amend the case schedule. Dkt. No. 25. The parties argue good cause exists to continue the trial date because they need additional time to complete discovery due to delayed production by third-parties. This is the parties' first request to the continue the trial date. *See* Dkt.

Under Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 1

Because this is their first extension, the Court finds good cause to modify the case schedule and GRANTS the parties' stipulated motion to extend the trial and related dates nunc pro tunc as set forth below:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | October 7, 2024 |
| Length of trial | 5-7 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | March 11, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | April 10, 2024 |
| Discovery completed by | May 10, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | June 10, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | August 8, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | August 28, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | September 16, 2024 |
| Agreed pretrial order due | September 16, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | September 23, 2024 |
| Pretrial conference | September 30, 2024 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 2

1  Dated this 31st day of January, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 3