UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L-W AUBURN CO., a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>HOLLINGSWORTH LOGISTICS GROUP, LLC, a Michigan limited liability company,<br><br>Defendant. | CASE NO. 2:23-cv-51<br><br>ORDER |

This matter comes before the Court on the parties' joint stipulated motion dated February 27, 2024. Dkt. No. 29. The parties ask the Court to allow them to file a first amended complaint and counterclaim, and to modify the pretrial schedule without changing the trial date. *Id.* at 2.

Accordingly, the Court ORDERS as follows:

Plaintiff L-W Auburn Co. may file a clean version of the First Amended Complaint attached as Exhibit A to the stipulation. Defendant Hollingsworth Logistics Group, LLC may file the Counterclaim attached as Exhibit B to the stipulation.

**ORDER** - 1

The Court ENTERS the following amended scheduling order:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | January 6, 2025 |
| Length of trial | 5-7 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 31, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | July 3, 2024 |
| Discovery completed by | August 2, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | September 2, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | October 31, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | November 20, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | December 9, 2024 |
| Agreed pretrial order due | December 9, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | December 16, 2024 |
| Pretrial conference | December 23, 2024 |

Dated this 11th day of March, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 3