UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LW AUBURN CO., a California general partnership,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLINGSWORTH LOGISTICS GROUP LLC, a Michigan limited liability company,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:23-cv-51<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

　　　On March 18, 2024, the parties filed a "Substitution of Attorney" form seeking to substitute Charles T. Meyer of Burger Meyer LLP in place of Gregory T. Hixson and Hannah M. Solomon of Veris Law Group PLLC. Dkt. No. 32.

　　　The Court directs counsel to comply with Local Civil Rule 83.2 regarding the withdrawal of attorneys. Accordingly, the Court DENIES the stipulated motion to substitute attorneys without prejudice.

　　　Dated this 23rd day of April 2024.

MINUTE ORDER - 1

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2