THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L-W AUBURN CO., a California general partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>HOLLINGSWORTH LOGISTICS GROUP, L.L.C., a Michigan limited liability company,<br><br>        Defendant. | **Case No. 2:23-cv-00051-JNW**<br><br>**ORDER GRANTING JOINT STIPULATION FOR MODIFICATION OF TRIAL AND PRE-TRIAL DATES AND DEADLINES** |

ORDER GRANTING JOINT STIPULATION FOR
MODIFICATION OF TRIAL AND PRE-TRIAL DATES
AND DEADLINES
Case No.  2:23-cv-00051-JNW
4866-9298-8864

-1-

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
600 West Broadway, 27th Floor
San Diego, California  92101-0903
Telephone:  (619) 233-1155

1     This Court, having considered the parties' Joint Stipulation for Modification of Trial and

2  Pretrial Dates and Deadlines ("Stipulation"), filed on May 23, 2024, hereby GRANTS the

3  Stipulation and enters the following amended scheduling order:

| Event | Current Date | New Proposed Date |
|---|---|---|
| JURY TRIAL begins | January 6, 2025 | February 5, 2025 |
| Length of trial | 5-7 days | 5-7 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 31, 2024 | July 30, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | July 3, 2024 | September 3, 2024 |
| Discovery completed by | August 2, 2024 | October 1, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | September 2, 2024 | November 1, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | October 31, 2024 | Already completed |
| All motions in limine must be filed by (*see* LCR 7(d)) | November 20, 2024 | December 20, 2024 |

ORDER GRANTING JOINT STIPULATION FOR
MODIFICATION OF TRIAL AND PRE-TRIAL DATES
AND DEADLINES
Case No.  2:23-cv-00051-JNW
4866-9298-8864

-2-

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
600 West Broadway, 27th Floor
San Diego, California  92101-0903
Telephone:  (619) 233-1155

| Event | Current Date | New Proposed Date |
|---|---|---|
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | December 9, 2024 | January 8, 2025 |
| Agreed pretrial order due | December 9, 2024 | January 8, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | December 16, 2024 | January 15, 2025 |
| Pretrial conference | December 23, 2024 | January 22, 2025 |

**IT IS SO ORDERED.**

Dated this 24th day of May, 2024.

Jamal N. Whitehead
United States District Judge

PRESENTED BY:

By:  /s/ Lillian Hubbard
    Troy Greenfield, WSBA #21578
    Email: tgreenfield@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    SCHWABE, WILLIAMSON & WYATT, P.C.
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101

AND

By: /s/ Joseph L. McGeady (via email authority)
    Valentine S. Hoy, *Pro Hac Vice*
    Joseph L. McGeady,  *Pro Hac Vice*
    Rebecca H. Williams,  *Pro Hac Vice*
    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
    600 West Broadway, 27th Floor
    San Diego, CA  92101
    Telephone:  619.233.1155

ORDER GRANTING JOINT STIPULATION FOR
MODIFICATION OF TRIAL AND PRE-TRIAL DATES
AND DEADLINES
Case No.  2:23-cv-00051-JNW
4866-9298-8864

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
600 West Broadway, 27th Floor
San Diego, California  92101-0903
Telephone:  (619) 233-1155

1  Email: vhoy@allenmatkins.com
   Email: jmcgeady@allenmatkins.com
2  Email: bwilliams@allenmatkins.com

3  *Attorneys for Plaintiff*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION FOR
MODIFICATION OF TRIAL AND PRE-TRIAL DATES
AND DEADLINES
Case No.  2:23-cv-00051-JNW
4866-9298-8864

-4-

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
600 West Broadway, 27th Floor
San Diego, California  92101-0903
Telephone:  (619) 233-1155