THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L-W AUBURN CO., a California general partnership,<br><br>        Plaintiff,<br><br>   v.<br><br>HOLLINGSWORTH LOGISTICS GROUP, L.L.C., a Michigan limited liability company,<br><br>        Defendant. | **Case No. 2:23-cv-00051-JNW**<br><br>**ORDER GRANTING JOINT STIPULATION FOR MODIFICATION OF PRETRIAL DATES** |

**ORDER**

This Court, having considered the parties' Joint Stipulation For Modification Of Pretrial Dates ("Stipulation"), filed on July 24, 2024, hereby GRANTS the Stipulation and enters the following amended scheduling order:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | July 30, 2024 | September 20, 2024 |
| All motions related to discovery must be filed by | September 3, 2024 | October 1, 2024 |

BURGER, MEYER & D'ANGELO, LLP
999 Corporate Dr., Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1889

1

**IT IS SO ORDERED.**

2

Dated:  July 29, 2024.

3

4

5

Jamal N. Whitehead
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION FOR MODIFICATION
OF  PRETRIAL DATES
Case No.  2:23-cv-00051-JNW                               -2-

BURGER, MEYER & D'ANGELO, LLP
999 Corporate Dr., Suite 225
Ladera Ranch, California  92694
Telephone:  (949) 427-1889

## __PROOF OF SERVICE__

On July 29, 2024, I served the above document on all counsel of record via the Court's ECF filing system.

| Kellie Rossi | /s/ Kellie Rossi |
|---|---|
| (Type or print name) | (Signature of Declarant) |

ORDER GRANTING JOINT STIPULATION FOR MODIFICATION
OF  PRETRIAL DATES
Case No.  2:23-cv-00051-JNW                                    -3-

BURGER, MEYER & D'ANGELO, LLP
999 Corporate Dr., Suite 225
Ladera Ranch, California  92694
Telephone:  (949) 427-1889