UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LW AUBURN CO., a California general partnership,<br><br>   Plaintiff,<br><br>   v.<br><br>HOLLINGSWORTH LOGISTICS GROUP LLC, a Michigan limited liability company,<br><br>   Defendant. | CASE NO. 2:23-cv-51<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On July 25, 2024, the parties submitted a Local Civil Rule 37 joint motion regarding their ongoing discovery dispute. Dkt. No. 45. The Court reminds the parties to review its Chambers Procedures, available at https://www.wawd.uscourts.gov/judges/whitehead-procedures. In relevant part, the procedures state, "[a]ny PDF document longer than 14 pages should also include electronic bookmarks or an outline with links embedded in the file." *See* Chambers Procedures – Civil, 1.1 Text-Searchable and Electronic Bookmarks. The procedures also state, "[f]or submissions

MINUTE ORDER - 1

longer than 14 pages (regardless of word count), please include a table of contents." *See* Chambers Procedures – Civil, 1.4 Table of Contents. The parties did not include either electronic bookmarks or a table of contents for their 82-page joint submission.

The Court ORDERS the parties to resubmit their Local Civil Rule 37 joint motion in accordance with Chambers Procedures – Civil 1.1 and 1.4 by no later than five days from the date of this Order.

Dated this 30th day of July 2024.

<u>Ravi Subramanian</u>
Clerk
<u>/s/ Serge Bodnarchuk</u>
Deputy Clerk

MINUTE ORDER - 2