THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L-W AUBURN CO., a California general partnership,, | Case No. 2:23-cv-00051-JNW |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION FOR FILING OF AMENDED AFFIRMATIVE DEFENSES |
| v. | |
| HOLLINGSWORTH LOGISTICS GROUP, L.L.C., a Michigan limited liability company, | **NOTED FOR HEARING: AUGUST 7, 2024** |
| Defendant. | |

This Court, having considered the parties' Joint Stipulation for Filing of Amended Affirmative Defenses ("Stipulation"), filed on August 7, 2024, hereby GRANTS the Stipulation and orders as follows:

Defendant Hollingsworth Logistics Group, LLC may file the Amended Affirmative Defenses attached as **Exhibit B** to the Stipulation.

Plaintiff L-W Auburn Co. will withdraw its Motion to Strike Affirmative Defenses or in the Alternative for Judgment on the Pleadings.

/ /

/ /

/ /

/ /

ORDER GRANTING JOINT STIPULATION FOR FILING OF AMENDED DEFENSES - 1
CASE NO. 2:23-CV-00051-JNW

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

140339\276332\LVC\46212728.1

**IT IS SO ORDERED.**

Dated this 12th day of August 2024.


Jamal N. Whitehead
United States District Judge


Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.


By: _/s/ Lillian Hubbard_____
    Troy Greenfield, WSBA #21578
    Email: tgreenfield@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101

AND

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP


By: _/s/ Joseph L. McGeady (via email authority)_
    Valentine S. Hoy, *Pro Hac Vice*
    Email: vhoy@allenmatkins.com
    Joseph L. McGeady, *Pro Hac Vice*
    Email: jmcgeady@allenmatkins.com
    Rebecca H. Williams, *Pro Hac Vice*
    Email: bwilliams@allenmatkins.com
    600 West Broadway, 27th Floor
    San Diego, CA 92101
    Telephone: 619.233.1155

*Attorneys for Plaintiff L-W Auburn Co.*

ORDER GRANTING JOINT STIPULATION FOR FILING
OF AMENDED DEFENSES - 2
CASE NO. 2:23-CV-00051-JNW

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

140339\276332\LVC\46212728.1