UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L-W AUBURN CO., a California general partnership, | CASE NO. 2:23-cv-51 |
| Plaintiff, | ORDER |
| v. | |
| HOLLINGSWORTH LOGISTICS GROUP, a Michigan limited liability company, | |
| Defendant. | |

The Court raises this matter on its own accord. The Court has denied the parties' request to continue the trial deadline and resisted their attempts to nibble away at other deadlines. The Court construed the parties' latest motion proposing an enlarged briefing schedule for cross-summary judgment motions as another play for more time and denied it because it impermissibly shortened the Court's time to consider the motions after they became ripe. Dkt. No. 75 at 4; *see* Chambers Procedure 5.8 ("All briefing must be complete and ready for the Court's consideration consistent with the dispositive motion deadline on the case schedule.").

ORDER - 1

The parties differed, however, on how to read the Court's order. Rather than seeking clarification or requesting a status conference, as the parties have done before, L-W Auburn assumed it could move for summary judgment by the existing deadline, while Hollingsworth supposed that such motions were not allowed. Perhaps the Court could have been clearer. In denying the request for an enlarged cross-summary judgment briefing schedule, the Court did not deny the right to file cross-summary judgment motions altogether—to the contrary, such motions were permissible, just on the standard 28-day briefing schedule prescribed by the Rules. *See* LCR 7(d)(4); Chambers Procedure 5.8.

Now, L-W Auburn has filed a summary judgment motion, with corrections and updates coming in drips and drabs, and Hollingsworth has forgone filing a summary judgment motion and moved to strike L-W Auburn's motion. This is a mess. So to clean things up, the Court relies on its inherent authority to manage its docket and orders as follows:

The Court STRIKES the remaining case schedule deadlines set in Dkt. Nos. 40, 59. The Court also STRIKES L-W Auburn's amended motions for summary judgment, Dkt. Nos. 78, 86, and Hollingsworth's motion to strike, Dkt. No. 83. The Court ORDERS the parties to submit a proposed briefing schedule for cross-summary judgment motions by no later than December 9, 2024. All dispositive motions must be completely briefed and ready for the Court's consideration by no later than January 17, 2025, under any proposed schedule.

**ORDER** - 2

The Court also sets the following trial date and related deadlines:

| | |
|---|---|
| Settlement conference under LCR 39.1(c)(2) must be held no later than | February 20, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | March 12, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | March 31, 2025 |
| Agreed pretrial order due | March 31, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | April 7, 2025 |
| Pretrial conference | April 14, 2025 |
| JURY TRIAL begins | April 21, 2025 |

The Local Civil Rules set all other deadlines. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 5th day of December, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 4