THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L-W AUBURN CO., a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>HOLLINGSWORTH LOGISTICS GROUP, L.L.C., a Michigan limited liability company,<br><br>Defendant. | Case No. 2:23-cv-00051-JNW<br><br>**ORDER GRANTING SECOND STIPULATED MOTION SETTING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR: December 6, 2024** |

This Court, having considered the parties' Second Stipulated Motion Setting Schedule for Cross-Motions for Summary Judgment ("Motion"), filed on December 6, 2024, hereby GRANTS the Motion and enters the following amended scheduling order:

| Event | Proposed Date | Word Limit |
|---|---|---|
| LWA Opening Brief Must Be Filed By | December 13, 2024 | 8,400 |
| Hollingsworth Combined Opening/Opposition Brief Must Be Filed By | December 27, 2024 | 10,500 |
| LWA Combined Opposition/Reply Brief Must Be Filed By | January 10, 2025 | 10,500 |
| Hollingsworth Reply Brief Must Be Filed By | January 17, 2025 | 4,200 |
| Summary Judgement Hearing | To be set by the Court | Not Applicable |

ORDER GRANTING STIPULATED MOTION SETTING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. 2:23-cv-00051-JNW                    -1-

BURGER, MEYER & D'ANGELO, LLP
999 Corporate Dr., Suite 225
Ladera Ranch, California  92694
Telephone:  (949) 427-1889

**IT IS SO ORDERED.**

Dated: December 9, 2024.

                                          Jamal N. Whitehead
                                        United States District Judge

ORDER GRANTING STIPULATED MOTION SETTING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. 2:23-cv-00051-JNW        -2-

BURGER, MEYER & D'ANGELO, LLP
999 Corporate Dr., Suite 225
Ladera Ranch, California 92694
Telephone: (949) 427-1889