UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LW AUBURN CO., | CASE NO. 2:23-cv-51 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLINGSWORTH LOGISTICS GROUP LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On January 13, 2025, the parties emailed the Court asking how to comply with the portion of the December 5, 2024, scheduling order, Dkt. No. 92, which states, "Settlement conference under LCR 39.1(c)(2) must be held no later than February 20, 2025." In their email, the parties mention that they have not been ordered to a specific settlement judge and ask whether the Court intends to assign a settlement judge. No, the Court does not intend to appoint a settlement judge, unless requested by the parties. The parties also ask whether the Court will require them to attend a LCR 39.1(c)(2) settlement conference given that they have already

MINUTE ORDER - 1

participated in two unsuccessful mediations on January 31, 2024, and November 7, 2024. No, if the parties agree—and apparently they do—that yet another mediation or settlement conference would be unfruitful, the Court will not require one. Of course, this does not preclude the parties from discussing private resolution if they so choose. Thus, the Court will excuse the Parties from the December 5, 2024, scheduling order's requirement to hold an LCR 39.1(c)(2) settlement conference by February 20, 2025.

Dated this 29th day of January 2025.

<u>Ravi Subramanian</u>
Clerk
<u>/s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2