THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L-W AUBURN CO., a California general partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>HOLLINGSWORTH LOGISTICS GROUP, L.L.C., a Michigan limited liability company,<br><br>        Defendant. | **Case No. 2:23-cv-00051-JNW**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

# ORDER

Plaintiff L-W Auburn Co. ("LWA") and Defendant Hollingsworth Logistics Group, L.L.C. ("HLG," collectively with LWA, the "Parties") have filed a joint motion to dismiss the above captioned action, in its entirety, with prejudice. Upon consideration of the Motion, the documents and pleadings already on file in this action, and all other matters presented to the Court, the Court rules as follows:

The Parties' Joint Motion to Dismiss with Prejudice is GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated this 26th day of March 2025.

Jamal N. Whitehead
United States District Judge